**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
In Re:                                                                       Chapter 11

Kwang S Lee                                                           Case No. 18-10073-mew

                                             Debtor,
-------------------------------------------------------------------X

## NOTICE OF CASE STATUS CONFERENCE

Please be advised that Case Status Conference for above mentioned bankruptcy case is scheduled

on July 25, 2018 at 10:00am before Hon. Michael E. Wiles in Room 617, United Stated

Bankruptcy Court for the Southern District of New York.


Dated: July 03, 2018

                                                                    /S/ Dong Sung Kim
                                                                     Dong Sung Kim

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

In Re:                                                                                    Chapter 11

Kwang S Lee                                                                      Case No. 18-10073-mew

                                                     Debtor,

-------------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 03, 2018, the notice of case status conference for above mentioned case which is scheduled on July 25, 2018 at 10:00 am, before Hon. Michael E. Wiles in Room 617, United Stated Bankruptcy Court for the Southern District of New York was served to the following parties:

Richard Morrissey, Esq.
US Trustee (via first class mail)
Office of the United States Trustee
US Federal office building
201 Varick Street, Room 1006
New York, NY 10014

Michael Marans, Esq.
Frenkel, Lambert, Weiss, Weisman & Gordon, LLP. (via first class mail)
53 Gibson Street
Bay Shore, NY 11706
(Counsel for Wells Fargo)

Michael Samuels, Esq.
RAS Boriskin, LLC. (via first class mail)
900 Merchants Concourse
Westbury, NY 11590
(Counsel for U.S. Bank Trust – Mr. Cooper)

Karen Burke
IRS (via first class mail)
290 Broadway
New York, NY 10007

  I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made are willfully false, I am subject to punishment.

Dated: July 05, 2018

<u>/S/ Dong Sung Kim</u>
By: Dong Sung Kim